**Mesfin BEZU, Plaintiff—Appellant,**

v.

**RADIO SHACK CORPORATION, Defendant—Appellee.**

No. 03–2218.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 26, 2004.

Decided Sept. 1, 2004.

Mesfin Bezu, Appellant pro se. Teresa Burke Wright, Jackson Lewis, LLP, Vienna, Virginia, for Appellee.

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mesfin Bezu appeals the district court's order granting summary judgment in favor of his former employer in this action under the Americans with Disabilities Act. We have reviewed the record, including the transcript of the hearing on the motion for summary judgment, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court at the hearing. *See Bezu v. Radio Shack Corp.*, No. CA–02–1846–A (E.D. Va. filed Aug. 1, 2003 & entered Aug. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*